05-CV-00343-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATASHA SARDEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No. 05-0343-TSZ-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2255 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　Petitioner's § 2255 petition is DENIED, and this action is DISMISSED with prejudice;

(3)　The Report and Recommendation is also supported by the recent case of Schardt v. Payne, ____F.3d____, 2005 U.S. App. LEXIS 13569, at *35 (9th Cir. July 8, 2005), in which the United States Court of Appeals for the Ninth Circuit held that "the Supreme Court announced a new rule in Blakely v. Washington that does not apply retroactively to a conviction that was final before that decision was announced."

ORDER DISMISSING
PAGE -1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 31st day of August, 2005.

_____
THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING
PAGE -2